# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILAS BRAXTON<br><br>       Plaintiff(s),<br><br>v.<br><br>CHERYL C. JOW, et al.<br><br>       Defendant(s). | CASE NO. 2:20-cv-00090-DSF-E<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before May 15, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: April 13, 2020

                                              /s/ *Dale S. Fischer*
                                           Dale S. Fischer
                                           United States District Judge