# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILAS BRAXTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHERYL C. JOW, Trustee of The Cheryl C. Jow Separate Property Trust dated November 22, 2002; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00090-DSF-E<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　January 3, 2020<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Silas Braxton's ("Plaintiff") action against Defendant Cheryl C. Jow ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

IT IS SO ORDERED.

DATED: November 20, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE